# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| CHERYL HALL WOODSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., successor )<br>by merger of BAC HOME LOAN )<br>SERVICING, LP f/k/a Countrywide Home )<br>Loan Servicing LP, )<br>)<br>Defendant. ) | Case NO. CV412-144 |

## ORDER

Defendant Bank of America, N.A., moves to stay discovery pending resolution of its motion to dismiss. (Doc. 7.) No response to the motion to stay has been filed, so it is deemed unopposed. S.D. Ga. LR 7.5.

Having reviewed the motion to dismiss (doc. 6), the Court is satisfied that it has some heft, and its resolution "may extinguish some or all of the claims . . . potentially restricting the scope of discovery significantly." *White v. Georgia*, 2007 WL 3170105 at *2 (N.D. Ga. Oct. 25, 2007); see *Arriaga-Zacarias v. Lewis Taylor Farms, Inc.*, 2008 WL 4544470 at *1-2 (M.D. Ga. Oct. 10, 2008). Consequently, defendant's

motion to stay (doc. 7) is **GRANTED**. Should the case survive the motion to dismiss, the parties shall submit a proposed scheduling order within ten days of the Court's decision on that motion.

**SO ORDERED** this 20th day of June, 2012.

                                                      UNITED STATES MAGISTRATE JUDGE
                                                      SOUTHERN DISTRICT OF GEORGIA